| | |
|---|---|
| 1 | **B.C. BARMANN, SR., COUNTY COUNSEL** |
|   | **COUNTY OF KERN, STATE OF CALIFORNIA** |
| 2 | **By Mark L. Nations, Chief Deputy (Bar # 101838)** |
|   | **Administrative Center** |
| 3 | **1115 Truxtun Avenue, Fourth Floor** |
|   | **Bakersfield, California 93301** |
| 4 | **Telephone:  (661) 868-3800** |

**Attorney for Defendants Kern County, et al.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARY H. FREEMAN,** | CASE NO.  1:07-CV-00219 TAG |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER AND POSTPONE  HEARING DATE AND MODIFY BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT; and ORDER THEREON** |
| v. | |
| **KERN COUNTY, KERN COUNTY MEDICAL CENTER,** | |
| Defendants. | |

Plaintiff, by and through his legal counsel, has requested a postponement of the hearing date on the pending motion for summary judgment as well as a modification of the scheduling order due to a delay in receiving an expert witness report.  Defendants, by and through their legal counsel, are agreeable to the requested changes and both parties stipulate as follows:

1. The cut-off for disclosure of expert witnesses shall be postponed to March 21, 2008.

2. The discovery cut-off shall be postponed to June 5, 2008.

3. The hearing date on defendants' motion for summary judgment shall be postponed to April 14, 2008.  Plaintiff's opposition to the motion for summary judgment shall

be filed by no later than March 28, 2008. The defendants' reply, if any, shall be filed by no later than April 4, 2008.

    4.    All other dates set by the existing scheduling order shall remain unchanged.

Dated: March 11, 2008                    B. C. Barmann, Sr., Kern County Counsel

By  /s/ Mark L. Nations
     Mark L. Nations, Chief Deputy
     Attorney for defendants

Dated: March 11, 2008                    /s/ Andrew Schwartz
     Andrew Schwartz, Esq.
     Attorney for plaintiff, Cary H. Freeman

### ORDER

Good cause appearing therefor and the parties having stipulated, it is hereby ordered:

1. The scheduling order is modified as follows: Expert witness disclosure pursuant to F.R.C.P. 26 shall now be no later than **March 21, 2008** and discovery cut-off shall now be **June 5, 2008**. All other dates established by the current scheduling order shall remain unchanged.

2. The defendants' motion for summary judgment hearing date shall be postponed to **April 14, 2008**. Plaintiff's opposition to the motion shall be filed no later than **March 28, 2008** and defendants' reply, if any, shall be filed by no later than **April 4, 2008**.

IT IS SO ORDERED.

Dated:  **March 14, 2008**                **/s/ Theresa A. Goldner**
                                                    UNITED STATES MAGISTRATE JUDGE