| | |
|---|---|
| 1 | **B.C. BARMANN, SR., COUNTY COUNSEL** |
| | **COUNTY OF KERN, STATE OF CALIFORNIA** |
| 2 | By Mark L. Nations, Chief Deputy (Bar # 101838) |
| | Administrative Center |
| 3 | 1115 Truxtun Avenue, Fourth Floor |
| | Bakersfield, California 93301 |
| 4 | Telephone: (661) 868-3800 |

**Attorney for Defendant Kern County**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARY H. FREEMAN,** | **CASE NO. 1:07-CV-00219 TAG** |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL DATE, PRE-TRIAL CONFERENCE DATE AND NON-EXPERT DISCOVERY CUT-OFF**; and **ORDER** |
| v. | |
| **KERN COUNTY, KERN COUNTY MEDICAL CENTER,** | |
| Defendants. | |

Andrew Schwartz, Esq. for plaintiff Cary H. Freeman, and Mark L. Nations, Chief Deputy County Counsel, for defendant Kern County hereby stipulate that due to the pending ruling on defendants' motion for summary judgment and the desire to avoid unnecessary expense related to the taking of depositions, the Court may enter an order continuing the trial presently scheduled for September 30, 2008, to **January 6, 2009 at 9:00 a.m.** in Courtroom 10, and postponing the pre trial conference scheduled for August 20, 2008 to **November 25, 2008** or another day convenient to the Court so that the Court may rule on defendant's motion for summary judgment prior to trial. The parties also stipulate that the non-expert discovery cut-off be postponed from June 5, 2008 to September 8, 2008. The parties believe that it will be beneficial to all parties and to the Court to postpone the

discovery cut-off, pre trial conference and trial until such time as the motion for summary judgment has been adjudicated and the parties have had sufficient time to incorporate the ruling into their trial preparation and to complete unfinished discovery. The parties herein agree that this stipulation may be signed in counterparts.

Dated: May 22, 2008                            B. C. BARMANN, SR., COUNTY COUNSEL


By /s/ Mark L. Nations
    Mark L. Nations, Chief Deputy
    Attorneys for Defendant, Kern County


Dated: May 20, 2008                            /s/ Andrew Schwartz
                                               Andrew Schwartz, Esq.
                                               Attorney for plaintiff, Cary H. Freeman


## **ORDER**

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date currently scheduled for September 30, 2008, is hereby continued until **January 6, 2009 at 9:00 a.m.,** in Courtroom 10 and the pre trial conference scheduled for August 20, 2008 is continued to **November 25, 2008 at 2:00 p.m.,** at 1200 Truxtun Avenue, Suite 120, Bakersfield, California. Non-expert discovery cut-off is hereby postponed to September 8, 2008.


IT IS SO ORDERED.

Dated:  **May 22, 2008**                                /s/ Theresa A. Goldner
                                                UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Scheduling Order           2