**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

**Attorney for Defendant Kern County**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARY H. FREEMAN,** | CASE NO.  1:07-CV-00219 TAG |
| **Plaintiff,** | **STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL DATE, PRE-TRIAL CONFERENCE DATE AND NON-EXPERT DISCOVERY CUT-OFF**; **ORDER THEREON** |
| v. | |
| **KERN COUNTY, KERN COUNTY MEDICAL CENTER,** | |
| **Defendants.** | |

Andrew Schwartz, Esq. for plaintiff Cary H. Freeman, and Mark L. Nations, Chief Deputy County Counsel, for defendant Kern County hereby stipulate that due to the pending ruling on defendants' motion for summary judgment and the desire to avoid unnecessary expense related to the taking of depositions, the Court may enter an order continuing the trial presently scheduled for January 6, 2009, to **April 7, 2009 at 9:00 a.m.** in Courtroom 10, and postponing the pre trial conference scheduled for November 25, 2008 to **February 24, 2009** or another day convenient to the Court so that the Court may rule on defendant's motion for summary judgment prior to trial.  The parties also stipulate that the non-expert discovery cut-off be postponed from September 8, 2008 to **December 12, 2008**. The parties believe that it will be beneficial to all parties and to the Court to postpone the discovery cut-

off, pre trial conference and trial until such time as the motion for summary judgment has been adjudicated and the parties have had sufficient time to incorporate the ruling into their trial preparation and to complete unfinished discovery. The parties herein agree that this stipulation may be signed in counterparts.

Dated: August 4, 2008                                B. C. BARMANN, SR., COUNTY COUNSEL


By  /s/ Mark L. Nations
      Mark L. Nations, Chief Deputy
      Attorneys for Defendant, Kern County


Dated: August 8, 2008                                /s/ Andrew Schwartz
                                                     Andrew Schwartz, Esq.
                                                     Attorney for plaintiff, Cary H. Freeman


## ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date currently scheduled for January 6, 2009, is continued until **April 7, 2009 at 9:00 a.m.,** in Courtroom 8 and the pre-trial conference scheduled for November 25, 2008 is continued to **February 24, 2009** at the Court chambers, located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California. The non-expert discovery cut-off date is extended to **December 12, 2008**.

IT IS SO ORDERED.

Dated:  **August 13, 2008**                          **/s/ Theresa A. Goldner**
                                                     UNITED STATES MAGISTRATE JUDGE